UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALBERTO DIAZ,

      Petitioner,

      v.

WARDEN, FLORIDA SOFT SIDE
SOUTH DETENTION CENTER,
U.S. ATTORNEY GENERAL,

      Respondents.

_____/

Case No. 2:26-cv-2043-KCD-KRH

## **ORDER**

Petitioner Alberto Diaz has filed a pro se habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government has responded and states that Diaz has not met his burden to show that there is no significant likelihood of his removal in the reasonably foreseeable future. Not so. He mentions that there is no immigration agreement to remove him and his removal order has been final for years. (Id. at 7.) That is enough.

Once the burden shifts, the Government concedes that it has no evidence that there is a significant likelihood of Diaz's removal, as *Zadvydas* requires. (Doc. 9 at 5 n.1.) Accordingly, the habeas petition is **GRANTED**.

Because the Government cannot show any real prospect of deportation, the Court finds no significant likelihood that Diaz will be removed in the reasonably foreseeable future. He is therefore entitled to release from ICE custody under *Zadvydas*. But that release is not a free pass—he remains subject to the conditions of his prior supervision and any additional conditions that may be imposed. To the extent Diaz raised any other claims, they are denied. He is entitled to no other relief from the facts presented.

Accordingly, it is **ORDERED:**

1. The Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

2. Respondents are ordered to **RELEASE** Petitioner Alberto Diaz from custody within 48 hours of this order under the prior conditions of supervision or any other conditions reasonably imposed, which Diaz must continue to comply with.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**ORDERED** in Fort Myers, Florida on July 14, 2026.

Kyle C. Dudek
United States District Judge

2